U.S. District Court House

JUL 28 2021

CLERK U.S. DISTRICT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Robert Garland

1501 N. Oracle Rd. Apt #917

Tucson, AZ 85705

CV-21-00298-TUC-JCH

Civil Case No. _____

Civil Complaint

Class Action Lawsuit

PLAINTIFF:   ROBERT GARLAND

v.

DEFENDANT: CITY OF TUCSON, TUCSON HOUSING

Civil Complaint / Petition: Class Action Lawsuit: Breach of contract: Racial discrimination

Case No: _____

Manager on 04/27/2021; Gave me a $0 Contract (income based rent). She confirmed it to be correct. This claim of Breach of contract is a false claim. Individuals, voluntary employees, spread false information, resulting in personal damages to my life. I received threats to my life, rumors were spread. I have had identity stolen, an insurance policy was taken out in my name. I am enduring pain and suffering since 2019 when I moved here. I'm enduring signs of PTSD. I request the amount of 20 million dollars.

_____ Date: 07-28-21

Signature

Robert Garland

1501 N. Oracle Rd. Apt #917

Tucson, AZ 85705

(C)  Age discrimination

(D)  I am disabled

(E)  Tucson House has made up lies to attempt to have me removed from my home.

(F)  Tucson House has on occasion allowed volunteer employees to spread vicious lies about my sexuality and created fake charges for rape to spread around the Tucson House Community.

(G)  Tucson House attempted to invoke the Tucson Police Department to help spread rumors to the residents that "yes" I have been charged with rape cases.

(H)  Churches have been asked to help plot the Community to tell lies that they know are untrue. Even after people realized they were lies they continued to spread lies on behalf of Tucson house.

(I)  Management at Tucson House places unsubstantiated accusations so out of fear they tell other residents that he is a rapist and to watch out for him.

(J)  Tucson House has utilized unauthorized surveillance equipment checking on birth records, personal identity, visitors and telling anyone who will listen and using employee and volunteer employees using person phones for photos.

(K)  Having security tell any and all residents different lies.

(L)  Tucson has maintenance employees to continue to share & spread rumors to other personnel affiliated with City of Tucson Housing.

(M)  People all over the city are being encouraged to tell anyone who will listen that I should be killed.

## CLAIMS FOR RELIEF

Religious Harassment

Bad Faith Landlord

Damage to reputation

Threat of homicide

Employees and Volunteer Employees were spreading false information

Fair Housing Act

Retaliation Claim

Identity theft

Breach of contract

Requesting punitive damages

Sexual harassment at resident's location

    Tucson House, Guards claiming I raped people

The City of Tucson, Tucson House, Police Department

Declaratory Judgement / Relief

Civil Rights Complaint

Class Action Lawsuit

Requesting Disclosure of Electronic recording

    Devices and list of employee names, from 2019 to present

Photocopy all documents, including confidential

Suing for $20 million, for negligent & damages

Malicious conduct

Pain and Suffering

Immediate Apartment Transfer

In my personal opinion, I believe the "White man" is walking around the Earth believing he is the God of this earth! While black men are held to a higher standard of obedience. Lies have been put in our head that black people need to be eliminated, then are useless...more lies. There are City of Tucson employees spreading lies about me with the Tucson House permission.

In conclusion, I am hereby requesting a civil rights review immediately. I ask the courts to investigate the City of Tucson, Tucson House.

_____   Date: 07-28-21
Signature
Robert Garland
1501 N. Oracle Rd. Apt #917
Tucson, AZ 85705

U.S. District Court House

Case No: _____

Robert Garland

1501 N. Oracle Rd. Apt #917

Tucson, AZ 85705

PLAINTIFF:   ROBERT GARLAND

v.

DEFENDANT:   CITY OF TUCSON

                     TUCSON HOUSING

Cease and Desiste

As per the formal complaint dated May 28, 2021, I, Robert Garland, residing at 1501 N. Oracle Road, Apt #917, Tucson, AZ 85705 vs City of Tucson, Tucson Housing, it is my desire that Tucson Housing be given a court order to immediately cease and desist from any and all unlicensed property management activities. This request is to include any and all Tucson House employees and volunteer employees as well. Please take the time to read each and every complaint listed below and give separate rulings on each item so there are no stones left unturned.

Please see attachments A thru M

    (A)   Racial discrimination

    (B)   My race is black